1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JOHN C. BOSTIC (CABN 264367)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5589
7       FAX: (408) 535-5066
        john.bostic@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 19-MJ-70544 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE HEARING AND TO EXCLUDE TIME FROM SEPTEMBER 10, |
| ) | 2019 TO SEPTEMBER 25, 2019; [~~PROPOSED~~] |
| v. ) | ORDER |
| ) | |
| JUAN JOSE FERMIN CASSIANO, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Juan Jose Fermin Cassiano, that time be excluded under the Speedy Trial Act from September 10, 2019 through September 25, 2019 and that the deadline for a preliminary hearing be similarly extended.

The parties are continuing to investigate the facts of this matter and are exploring a possible pre-indictment resolution. The government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that counsel can continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until September 25, 2019 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 19-MJ-70544

the time from September 10, 2019 through September 25, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

For the above reasons, the parties further stipulate that good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* 18 U.S.C. § 3161(b). Accordingly, the parties stipulate that the above deadlines should be extended to September 25, 2019 and jointly ask the Court to continue the arraignment / preliminary hearing in this case to that date before the duty magistrate judge.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 6, 2019

/s/
JOHN C. BOSTIC
Assistant United States Attorney

DATED: September 6, 2019

/s/
VARELL FULLER
Counsel for Defendant Juan Jose Fermin Cassiano

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from September 10, 2019 through September 25, 2019 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 10, 2019 to September 25, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 10, 2019 through September 25, 2019 shall be

1 excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2     IT IS FURTHER ORDERED that the arraignment or preliminary hearing in this matter shall be
3 CONTINUED from September 10, 2019 to September 25, 2019 at 1:30 p.m. before the Honorable
4 Susan van Keulen. Based on the parties' showing, the Court finds good cause for extending the time
5 limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-
6 day time period for an indictment under the Speedy Trial Act. *See* 18 U.S.C. § 3161(b).

7     IT IS SO ORDERED.

9 DATED: 9/9/19

                                                HONORABLE SUSAN VAN KEULEN
                                                United States Magistrate Judge